

1845 Walnut Street
Suite 1199
Philadelphia, PA 19103

(215) 546-6033
Toll Free (800) 346-6726
Fax (215) 546-6269
Website www.dionandgoldberger.com

March 12, 2021

Judge Marilyn J. Horan
United States District Court for the Western District of Pennsylvania
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

      RE:    *Becky Brizzi v. Seegrid Corporation*
             No.: 2:20-cv-01543

Dear Judge Horan:

    As you know, I represented the Plaintiff with regard to the above-referenced matter. Please be advised that the parties have reached a settlement. Please dismiss this case with prejudice pursuant to Rule 41.1(b).

    Thank you for your courtesy and assistance in this matter.

                                       Very respectfully yours,

                                       /s/ Samuel A. Dion

                                       Samuel A. Dion, Esq.

**Via ECF**
**cc: Jaime Tuite, Esq. via ECF**
**cc: Brandon Peck, Esq. via ECF**